IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
British Telecommunications plc, CIF :
Licensing, L.L.C., GE Technology   :
Development, Inc., Fujitsu Limited, LG :
Electronics, Inc., Mitsubishi Electric Corp., :
Samsung Electronics Co., Ltd., Thomson :
Licensing, The Trustees of Columbia :
University in the City of New York, U.S. :
Philips Corp., Koninklijke Philips :
Electronics, N.V., Victor Company of : C.A. No. 09 CV 7114 (WGY)
Japan, Ltd., and Sony Corp.,       :
                                   :
                  Plaintiffs,      :
                                   :
         -against-                 :
                                   :
Haier America Trading, L.L.C., Haier :
Group Co., and HAIM L.L.C., f/k/a Haier :
America Import, L.L.C.,            :
                                   :
                  Defendants.      :
                                   :
---------------------------------- x

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the agreement among MPEG LA, L.L.C. ("MPEG LA"), Haier America Trading, L.L.C. ("HAT"), Haier Electrical Appliances Corp., Ltd. ("HEA") and Qingdao Haier Electronics Co., Ltd. ("QHE") (the "Settlement Agreement"), fully executed as of June 30, 2011, and agreement of HEA unconditionally guaranteeing the payment and performance obligations of HAT and Overseas Entities (as that term is defined in the Settlement Agreement) undertaken in the Settlement Agreement (the "Guaranty Agreement"), fully executed as of August 10, 2011, the terms of which agreements are incorporated herein by reference, the parties, by and through their respective counsel,

stipulate and agree to the voluntary dismissal of this action with prejudice for claims through July 31, 2011, and that each party shall bear its own costs and attorneys' fees.

The parties stipulate and agree that they will comply with the terms of the Settlement Agreement and Guaranty Agreement and that the Court shall retain jurisdiction (both personal and subject matter jurisdiction) to enforce the Settlement Agreement and Guaranty Agreement in accordance with the terms of the agreements and to resolve any disputes arising out of them.

STROOCK & STROOCK & LAVAN LLP

By: _____
Steven B. Pokotilow
180 Maiden Lane
New York, New York 10038

*Attorneys for Defendants*
*Haier America Trading, L.L.C. and*
*Haier Group Co.*

SULLIVAN & CROMWELL LLP

By: _____
Garrard R. Beeney
125 Broad Street
New York, New York 10004

*Attorneys for Plaintiffs*
*British Telecommunications plc,*
*CIF Licensing, L.L.C.,*
*GE Technology Development, Inc.,*
*Fujitsu Limited,*
*LG Electronics, Inc.,*
*Mitsubishi Electric Corp.,*
*Samsung Electronics Co., Ltd.,*
*Thomson Licensing,*
*The Trustees of Columbia University in the*
*City of New York,*
*U.S. Philips Corp.,*
*Koninklijke Philips Electronics, N.V.,*
*Victor Company of Japan, Ltd., and*
*Sony Corp.*

SO ORDERED this 20th day of December, 2011

_____
The Honorable William G. Young
United States District Judge